# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. NO. 19-CR-501 (ADC)** |
| Plaintiff | |
| vs. | |
| **JACKSEL CRUZ PIZARRO** | |
| Defendant | |

## MOTION REQUESTING PERMISSION
## TO SUBSTITUTE COUNSEL AT STATUS CONFERENCE

TO THE HONORABLE COURT:

Defendant Jacksel Cruz Pizarro, through the undersigned attorney, respectfully states and requests:

1. A status conference is scheduled in this case for Monday, October 28, 2019 at 11:15AM. The undersigned flew to Fort Lauderdale, FL yesterday relating to another case and thereafter will take a short break until October 29, 2019.

2. Due to this absence from the jurisdiction, the undersigned seeks to be excused from attending this status conference. The undersigned respectfully requests permission to be excused from the status conference in this case. Attorney Miguel

1

Oppenheimer has kindly agreed to act as substitute counsel for defendant Mr. Cruz Pizarro.

**WHEREFORE**, defendant Jacksel Cruz Pizarro, respectfully requests that the Honorable Court take notice of the above and allow the undersigned to be excused from the status conference to held on October 28, 2019.

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the Assistant United States Attorneys and to all counsel of record.

In San Juan, Puerto Rico, this 23rd day of October 2019.

>Carlos M. Sánchez La Costa, Esq.
>USDC # 209410
>P.O. Box 9023027
>San Juan, PR 00902-3027
>Tel:  (787) 729-4646
>csanchez@sanchezlawpr.com
>
>By:  **s/Carlos M. Sanchez**
>      Carlos M. Sánchez La Costa

2